■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DOYLE L. RUCKER, Respondent.—Order unanimously reversed on the law, indictment reinstated and matter remitted to Monroe County Court for further proceedings on the indictment. Memorandum: On this record, it has not been demonstrated that there are sufficient "compelling" factors to warrant dismissal of the indictment (CPL 210.40 [1]; *People v Rickert*, 58 NY2d 122; *People v Clayton*, 41 AD2d 204). While the question of whether to dismiss an indictment in the interest of justice is addressed to the discretion of the court, that discretion is not absolute *(People v Hirsch*, 85 AD2d 902). The trial court's discretion should be " 'exercised sparingly' " and only in that " 'rare' " and " 'unusual' " case when it " 'cries out for fundamental justice beyond the confines of conventional considerations' " *(People v Insignares*, 109 AD2d 221, 234; *see also, People v Belkota*, 50 AD2d 118, 120). (Appeal from order of Monroe County Court, Celli, J.—CPL 30.30.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JON J. GODFREY, Respondent.—Order unanimously affirmed. Memorandum: We find the suppression court's determination that the People failed to prove that defendant was fully informed of his right to counsel and effectively waived this right to be supported by the record *(see, People v Dorn*, 105 Misc 2d 244, 246-247). We decline to reach the procedural issue raised by the People for the first time on appeal *(see, People v Stith*, 69 NY2d 313, 320; *People v Nieves*, 67 NY2d 125, 135-136; *People v Johnson*, 64 NY2d 617, 619, n 2; *People v Dodt*, 61 NY2d 408, 416; *People v Evans*, 58 NY2d 14, 21, n 1). (Appeal from order of Oneida County Court, Buckley, J.—suppress evidence.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALONZO SMITH, Respondent. (Appeal No. 1.)—Order unanimously affirmed for reasons stated in decision at Monroe County Court, Wisner, J. (Appeal from order of Monroe County Court, Wisner, J.—CPL 30.30.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALONZO SMITH, Respondent. (Appeal No. 2.)—Order unanimously affirmed for reasons stated in decision at Monroe County Court, Wisner, J. (Appeal from order of Monroe County Court, Wisner, J.—CPL 30.30.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.